# Supreme Court of Texas

Misc. Docket No. 25-9049

## Retransfer of Case from the Fifteenth Court of Appeals to the Tenth Court of Appeals

Pursuant to Tex. Gov't Code §73.001, the following case is hereby retransferred from the Court of Appeals for the Fifteenth District, Austin, Texas, to the Court of Appeals for the Tenth District, Waco, Texas:

Case No. 15-24-00066-CV
*Richard Mark Dudley and Deanie Palmer Dudley*
*v.*
*Texas Municipal Power Agency*

The Fifteenth Court of Appeals will make the necessary order for the retransfer of the case directed hereby and will cause the Clerk of that Court to retransfer or transmit all filings in the case, and verify all orders made, to the Tenth Court of Appeals. Upon completion of the retransfer, the Fifteenth Court of Appeals shall provide notice of the retransfer of the case to the Supreme Court and the State Office of Court Administration.

Dated: August 8, 2025.

_____
James D. Blacklock, Chief Justice

_____
Debra H. Lehrmann, Justice

_____
Jeffrey S. Boyd, Justice

_____
John P. Devine, Justice

_____
J. Brett Busby, Justice

_____
Jane N. Bland, Justice

_____
Rebeca A. Huddle, Justice

_____
Evan A. Young, Justice

_____
James P. Sullivan, Justice